Jonathan A. Dessaules, State Bar No. 019439
**DESSAULES LAW GROUP**
2700 North Central Avenue, Suite 1250
Phoenix, Arizona 85004
Tel. 602.274.5400
Fax 602.274.5401
jdessaules@dessauleslaw.com

*Attorneys for Defendants*
  *Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual,<br><br>         Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio state corporation,<br><br>         Defendants. | No.<br><br>**(Removed from the South Mountain Justice Court, Maricopa County, State of Arizona, Case No. CC2010-187895)**<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**Complaint Filed:  April 16, 2010** |

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc., erroneously sued as ("Experian") hereby files their Notice of Removal of the above-captioned action to this Court, and state as follows:

1. Experian is a named defendant in Civil Action No. CC2010-187895, filed in the South Mountain Justice Court, Maricopa County, State of Arizona (the "State Court Action").

2. The original Complaint in the State Court Action was filed with the Clerk of the Maricopa County Superior Court on April 16, 2010.  Plaintiff served the Summons and Complaint on Experian on April 19, 2010.  A true and correct copy of the Summons and Complaint served upon Experian is attached hereto as Exhibit "A."

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleadings setting forth the claims for relief upon which Plaintiff's action is based.

4.  To the best of Defendants' knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5.  Experian regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Defendants use means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore are "consumer reporting agency(ies)" within the meaning of 15 U.S.C. § 1681a(f).

6.  Experian avers that there is a sufficient basis for removal on grounds of federal question in that Plaintiff has filed a civil action founded on a claim or right arising under the laws of the United States:

   a. In Paragraph One, Four, and Five of Plaintiff's Complaint, he alleges that Experian violated the Fair Credit Reporting Act.

   b. The Fair Credit Reporting Act provides that "any action brought under this chapter may be brought in any appropriate United States District Court without regard to the amount in controversy." 15 U.S.C. § 1681p.

7.  Jurisdiction: This Court has original jurisdiction over Plaintiff's claims under the Fair Credit Reporting Act pursuant to 28 U.S.C. § 1331, and this civil action is one that may be removed to this Court by Experian pursuant to the provisions of 28 U.S.C. § 1441(b), because it is a civil action founded on a claim or right arising under the laws of the United States, namely the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

8.  Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants pray that the above-described action now pending in the South Mountain Justice Court, Maricopa County, State of Arizona, be removed therefrom to this Court.

DATED this 10th day of May 2010.

DESSAULES LAW GROUP


By: /s/ Jonathan A. Dessaules (#019439)
Jonathan A. Dessaules
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10th, 2010, I electronically transmitted the Notice of Removal of Action to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following individual who is not a CM/ECF registrant:

Van E. Flury
4009 W. Kiva Street
Laveen, Arizona  85339
AZ Telephone (602) 237-9152, (602) 319-8777

/s/  Sandra M. Pescador