# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

---

1.  **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Intervenor(so), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type.  Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party | Party Type | Attorney(s) |
    |---|---|---|
    | Van E. Flury | Plaintiff | Pro Se |
    | Experian | Defendant | Jonathan A. Dessaules |
    | | | (AZ Bar No. 019439 |
    | | | 2700 North Central Avenue, Suite 1250 |
    | | | Phoenix, Arizona 85004 |
    | | | (602) 274-5400 |
    | | | AND |
    | | | Rana Nader, Esq. |
    | | | (CA Bar  No. 247182) |
    | | | 3161 Michelson Drive, Suite 800 Irvine, CA 92612 |
    | | | (949) 553-7547 |

2.  **Jury Demand:**

    Was a Jury Demand made in another jurisdiction?          Yes          No

    If "Yes," by which party and on what date?

    _____          _____

3.  **Answer:**

IRI-6509v1

Was an Answer made in another jurisdiction?    Yes    No

If "yes," by which party and on what date?

4. **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Experian | 04/19/10 | Process Server |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed.

| Party | Reason Not Served |
|---|---|

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|

Plaintiff alleges that Experian violated the Fair Credit Reporting Act ("FCRA") by failing to investigate certain unidentified disputes. Experian, as the filing party, denies that it violated any statutes under the FCRA.

IRI-6509v1

IRI-6509v1

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

IRI-6509v1