1  Jonathan A. Dessaules, State Bar No. 019439
   **DESSAULES LAW GROUP**
2  2700 North Central Avenue, Suite 1250
   Phoenix, Arizona 85004
3  Tel. 602.274.5400
   Fax 602.274.5401
4
   *Attorneys for Defendants*
5    *Experian Information Solutions, Inc.*

6             UNITED STATES DISTRICT COURT

7                  DISTRICT OF ARIZONA

8  VAN E. FLURY, an individual,

9             Plaintiff,                    No. CV2010-01007

10      vs.                                 **EXPERIAN INFORMATION
                                            SOLUTIONS, INC.'S CORPORATE
11 EXPERIAN INFORMATION SOLUTIONS,          DISCLOSURE STATEMENT**
   INC., an Ohio state corporation,
12
             Defendants.
13

14     The undersigned, counsel of record for Experian Information Solutions, Inc.

15 ("Experian"), hereby certifies pursuant to Local Rule 7.1-I that the following listed parties have

16 a direct, pecuniary interest in the outcome of this case. This disclosure is made to enable the

17 Court to evaluate possible disqualifications or recusal:

18     1.     Parent Companies: The parent company of Experian Group Limited.

19     2.     Subsidiaries Not Wholly Owned: The following companies are subsidiaries of

20 Experian that are not wholly owned:

21         a.    First American Real Estate Solutions, LLC;

22         b.    First American Real Estate Solutions II, LLC;

23         c.    Vehicle Title, LLC;

24         d.    Central Source LLC;

25         e.    Online Data Exchange LLC;

26         f.    New Management Services, LLC; and

      g.    VantageScore Solutions LLC.

3.    Publicly Held Companies:    Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

DATED this 10th day of May 2010.

                      DESSAULES LAW GROUP


                    By:   /s/ Jonathan A. Dessaules
                            Jonathan A. Dessaules
                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10th 2010, I electronically transmitted the foregoing Corporate Disclosure Statement to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following individual who is not an CM/ECF registrant:

Van E. Flury
4009 W. Kiva Street
Laveen, Arizona  85339
AZ Telephone (602) 237-9152, (602) 319-8777

/s/  Sandra M. Pescador