UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. an Ohio state corporation,<br><br>    Defendant. | Case No. 2:10-cv-01007-SRB<br><br>**ORDER FOR DISMISSAL** |

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Experian Information Solutions, Inc. are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    Dated this 24th day of June, 2010.

_____
Susan R. Bolton
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

CERTIFICATE OF SERVICE